**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01624-LTB

IMAM-MUHAMMAD MUSTAFA ABDULLAH,

    Plaintiff,

v.

WARDEN BERKEBILE,
UNIT MANAGER RENGAL,
COUNSELOR FOSTER, and
CASE MANAGER HAWITT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a pleading titled,"Temporary Restraining Order," ECF No. 8. The document is inappropriate. Plaintiff's pleading is nonsensical. Furthermore, this case was dismissed on August 5, 2013. If Plaintiff continues to file inappropriate documents in this case the Court will strike the pleadings.

Dated: August 28, 2013